Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 |

Order Filed on July 20, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 13-37796 (JNP) |
|---|---|
| Anthony R. Alphonse<br>Jamie M. Alphonse | Hearing Date: 07/20/2016 |
| | Judge:   Jerrold N. Poslusny Jr. |
| Debtor(s) | |

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: July 20, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Anthony R. Alphonse and Jamie M. Alphonse
Case No.: 13-37796 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/03/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $339.00 **for a period of 29 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $10,380.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Anthony R. Alphonse and Jamie M. Alphonse
Case No.: 13-37796 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Anthony R Alphonse
Jamie M. Alphonse
     Debtors

Case No. 13-37796-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2016
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.
db/jdb       +Anthony R Alphonse,    Jamie M. Alphonse,    322 Collins Lane,    Maple Shade, NJ 08052-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:
          Christopher G. Cassie    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          Christopher G. Cassie    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman     on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          R. A. Lebron     on behalf of Creditor     U.S. BANK HOME MORTGAGE bankruptcy@feinsuch.com
          R. A. Lebron     on behalf of Creditor     U.S. Bank Home Mortgage bankruptcy@feinsuch.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association ecf@powerskirn.com
                                                                                                     TOTAL: 10