Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on September 6,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Anthony R. Alphonse and Jamie M. Alphonse aka Jamie Graf, | Case No. 13-37796-JNP |
| | Hearing Date: 9/6/2016 @ 10:00 a.m. |
| Debtors. | Judge: Jerrold N. Poslusny Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 6, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

NJOrdVacStay01                                                3205-N-1180

Page 2

| | |
|---|---|
| Debtors: | Anthony R. Alphonse and Jamie M. Alphonse aka Jamie Graf |
| Case No.: | 13-37796-JNP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 322 Collins Lane, Maple Shade, New Jersey 08052;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:
Anthony R Alphonse
Jamie M. Alphonse
    Debtors

Case No. 13-37796-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2016
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
db/jdb         +Anthony R Alphonse,    Jamie M. Alphonse,    322 Collins Lane,    Maple Shade, NJ 08052-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
         Christopher G. Cassie    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Christopher G. Cassie    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Francesca Ann Arcure    on behalf of Creditor    U.S. Bank National Association nj_ecf_notices@buckleymadole.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Lee Martin Perlman    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         Lee Martin Perlman    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
         R. A. Lebron    on behalf of Creditor    U.S. Bank Home Mortgage bankruptcy@feinsuch.com
         R. A. Lebron    on behalf of Creditor    U.S. BANK HOME MORTGAGE bankruptcy@feinsuch.com
         William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association ecf@powerskirn.com
                                                                                                                       TOTAL: 11