UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

Order Filed on January 3, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY & JAMIE ALPHONSE

| | |
|---|---|
| Case Number: | 13-37796 JNP |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    [X] Followed    [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 3, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by __Anthony & Jamie Alphonse__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __US Bank National Association__ is reinstated effective the date of this order.

*rev.7/12/16*

2