**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

**Order Filed on January 3, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

ANTHONY & JAMIE ALPHONSE

| | |
|---|---|
| Case Number: | 13-37796 JNP |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by ___Anthony & Jamie Alphonse___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __US Bank National Association__ is reinstated effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 13-37796-JNP
Anthony R Alphonse                                                   Chapter 13
Jamie M. Alphonse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 04, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db/jdb        +Anthony R Alphonse,    Jamie M. Alphonse,    322 Collins Lane,    Maple Shade, NJ 08052-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
          Christopher G. Cassie    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Christopher G. Cassie    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    U.S. Bank National Association
          nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
          R. A. Lebron    on behalf of Creditor    U.S. Bank Home Mortgage bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK HOME MORTGAGE bankruptcy@feinsuch.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association
          ecf@powerskirn.com
                                                                                    TOTAL: 12