**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony R Alphonse | Social Security number or ITIN   xxx–xx–5372 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jamie M. Alphonse | Social Security number or ITIN   xxx–xx–1837 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   13–37796–JNP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony R Alphonse                     Jamie M. Alphonse
                                       aka Jamie Graf

3/8/19                                 **By the court:** Jerrold N. Poslusny Jr.
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 13-37796-JNP
      Anthony R Alphonse                                                Chapter 13
      Jamie M. Alphonse
              Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Mar 08, 2019
                                Form ID: 3180W              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db/jdb         +Anthony R Alphonse,    Jamie M. Alphonse,    322 Collins Lane,    Maple Shade, NJ 08052-2212
514516442      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514485361     ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court: Sallie Mae Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
514441256      +Allied Interstate,    PO Box 5023,    New York, NY 10163-5023
514441257       Bank Of America,    Nc 4 105 03 # 14,    Greensboro, NC 27420
514441258       Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
514441260      +Cap1/bstby,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
514441266      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
514441269      +Future Scholars Early Learning Center,    1351 Route 38 West Bldg B, Ste 1,
                 Hainesport, NJ 08036-2794
514465719      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
518066221      +U.S. BANK NATIONAL ASSOCIATION,    RAS CITRON, LLC,    130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
514986036      +U.S. Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
517568400       United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI 53708-8961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514465479       EDI: AIS.COM Mar 09 2019 05:13:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514441265       EDI: CITICORP.COM Mar 09 2019 05:13:00      Citi,    ATTN: CENTRALIZED BANKRUPTCY,    Po Box 20363,
                 Kansas City, MO 64195
514441278       EDI: CITICORP.COM Mar 09 2019 05:13:00      Thd/cbna,    CITICORP CREDIT SERVICES/ATTN:CENTRALI,
                 Po Box 20507,    Kansas City, MO 64195
514441259      +EDI: CAPITALONE.COM Mar 09 2019 05:13:00      Cap One,    ATTN: BANKRUPTCY DEPT.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
514441261      +EDI: CAPONEAUTO.COM Mar 09 2019 05:13:00      Capital One Auto Finan,    3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
514471379      +EDI: AISACG.COM Mar 09 2019 05:13:00      Capital One Auto Finance,    4515 N. Santa Fe Ave.,
                 Dept APS,    Oklahoma City, OK 73118-7901
515326024      +EDI: AISACG.COM Mar 09 2019 05:13:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 201347,    Arlington, TX 76006-1347
514688539      +EDI: BL-BECKET.COM Mar 09 2019 05:13:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514441263       EDI: CHASE.COM Mar 09 2019 05:13:00      Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
514441262       EDI: CHASE.COM Mar 09 2019 05:13:00      Chase,    ATTN:BANKRUPTCY DEPT,    PO Box 100018,
                 Kennesaw, GA 30156-9204
514441264      +EDI: CAUT.COM Mar 09 2019 05:13:00      Chase Auto,    ATTN:NATIONAL BANKRUPTCY DEPT,
                 Po Box 29505,    Phoenix, AZ 85038-9505
514441267      +EDI: WFNNB.COM Mar 09 2019 05:13:00      Comenity Bank/amsgnfrn,    WFNNB,    Po Box 182125,
                 Columbus, OH 43218-2125
514441268      +EDI: RCSFNBMARIN.COM Mar 09 2019 05:13:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
514441270      +EDI: RMSC.COM Mar 09 2019 05:13:00      Gecrb/amazon,    ATTN: BANKRUPTCY,    Po Box 103104,
                 Roswell, GA 30076-9104
514441271      +EDI: RMSC.COM Mar 09 2019 05:13:00      Gecrb/lowes,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 Po Box 103104,    Roswell, GA 30076-9104
514441272       EDI: WFFC.COM Mar 09 2019 05:13:00      Homeprjvisa,    Cscl Dispute Team,
                 Des Moines, IA 50306
514441273      +EDI: IIC9.COM Mar 09 2019 05:13:00      IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
514532862       EDI: CAUT.COM Mar 09 2019 05:13:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. BOX 29505 AZ1-1191,    Phoenix, AZ 85038-9505
514441274      +EDI: CBSKOHLS.COM Mar 09 2019 05:13:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514441274      +E-mail/Text: bncnotices@becket-lee.com Mar 09 2019 00:38:51      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
514696007       EDI: RESURGENT.COM Mar 09 2019 05:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514441275       E-mail/Text: bankruptcydepartment@tsico.com Mar 09 2019 00:40:35      NCO Financial Systems,
                 20 Clementon Rd E Ste 102N,    Gibbsboro, NJ 08026-1165
514644012       EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
514663920       EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Mar 08, 2019
                               Form ID: 3180W           Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514663918         EDI: PRA.COM Mar 09 2019 05:13:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514455816         EDI: Q3G.COM Mar 09 2019 05:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
514441276        +EDI: NAVIENTFKASMSERV.COM Mar 09 2019 05:13:00       Sallie Mae,    ATTN: CLAIMS DEPARTMENT,
                  Po Box 9500,    Wilkes-barre, PA 18773-9500
514441277        +EDI: WTRRNBANK.COM Mar 09 2019 05:13:00       Td Bank Usa/targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
514441279         EDI: URSI.COM Mar 09 2019 05:13:00      United Recovery Systems,    PO Box 722929,
                  Houston, TX 77272-2929
514441280        +EDI: USBANKARS.COM Mar 09 2019 05:13:00       Us Bank Home Mortgage,    4801 Frederica St,
                  Owensboro, KY 42301-7441
514512717         EDI: WFFC.COM Mar 09 2019 05:13:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                  Des Moines, IA 50306-0438
                                                                                               TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514688540*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516158657*       +Chase Auto,    ATTN: NATIONAL BANKRUPTCY DEPT,    PO Box 29505,    Phoenix, AZ 85038-9505
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    U.S. Bank National Association
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK HOME MORTGAGE bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    U.S. Bank Home Mortgage bankruptcy@feinsuch.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association
               ecf@powerskirn.com
                                                                                               TOTAL: 11
```