| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor U.S. BANK NATIONAL ASSOCIATION | CASE NO.: 13-37796-JNP<br><br>CHAPTER 13<br><br>HEARING DATE: March 19, 2019<br><br>JUDGE: Judge Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>**Anthony R Alphonse,**<br>**Debtor,**<br><br>**Jamie M. Alphonse,**<br>**aka Jamie Graf,**<br>**Joint Debtor.** | |

## RESPONSE TO MOTION TO DEEM MORTGAGE CURRENT

U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Motion to Deem Mortgage Current and in support thereof states as follows:

1. Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 26, 2013.

2. Secured Creditor holds an interest in Debtor's real property located at 322 Collins Lane Maple Shade, New Jersey 08052.

3. On February 25, 2019, Debtor filed a Motion to Deem Mortgage Current (DE # 54).

4. According to Secured Creditor's records, the Debtor is due for the March 1, 2019 post-petition payment.

5. Secured Creditor reserves the right to supplement its Response to Debtor's Motion to Deem Mortgage Account Current any time before or at the hearing.

WHEREFORE, Secured Creditor respectfully requests that the Court Deem Debtor's Motion as Moot and for such other and further relief as this court deems just and proper.

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

By: /s/ Harold N. Kaplan
Harold N. Kaplan, Esquire
Bar ID:  HK0226
Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor U.S. BANK NATIONAL ASSOCIATION<br><br>ATTY NAME | CASE NO.: 13-37796-JNP<br><br>CHAPTER 13<br><br>HEARING DATE: March 19, 2019<br><br>JUDGE:  Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>**Anthony R Alphonse,**<br>**Debtor,**<br><br>**Jamie M. Alphonse,**<br>**aka Jamie Graf,**<br>**Joint Debtor.** | |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Harold Kaplan, Esq.:

■ represent the movant in the above-captioned matter.

□ am the secretary/paralegal for _____, you represent the _____

in the above-captioned matter.

□ am the _____ in the above case and am representing myself.

On 3/12/2019 I caused to be sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:  Response to Debtor's Motion to Deem Mortgage Current.

I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated: 3/12/2019                                             By: /s/ Harold N. Kaplan_____
                                                                            Harold N. Kaplan, Esquire
                                                                            Bar ID:  HK0226
                                                                            Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor(s) Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Anthony R Alphonse<br>322 Collins Lane<br>Maple Shade, NJ 08052<br><br>Jamie M. Alphonse<br>322 Collins Lane<br>Maple Shade, NJ 08052 | Debtor(s) | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.