UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor(s)

RE: ANTHONY & JAMIE ALPHONSE

Order Filed on April 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-37796

Hearing Date: 3/19/19

Judge: JNP

### ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: April 9, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), ANTHONY & JAMIE ALPHONSE**

---

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE | CHAPTER 13 |
| ANTHONY & JAMIE ALPHONSE | CASE NO.: 13-37796-JNP |
| Debtor(s) | **ORDER GRANTING DEBTORS' MOTION TO DEEM MORTGAGE CURRENT** |

This matter having come before the Court on the application of debtor(s), Anthony & Jamie Alphonse, by and through their counsel, Lee M. Perlman, Esquire, and due notice of this Motion having been given to all parties in interest, and the Court having reviewed the moving papers, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. A pre-petition arrearage claims of U.S. Bank National Association have been paid in full through the confirmed Chapter 13 Plan.

2. All regular, post-petition mortgage payments have been made by the debtor through and including the payment due for February 2019.

3. The mortgage obligation to U.S. Bank National Association is hereby deemed current as of January 10, 2019.