UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor(s)

RE: ANTHONY & JAMIE ALPHONSE

Order Filed on April 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-37796

Hearing Date: 3/19/19

Judge: JNP

## ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: April 9, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), ANTHONY & JAMIE ALPHONSE**

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE | CHAPTER 13 |
| ANTHONY & JAMIE ALPHONSE | CASE NO.: 13-37796-JNP |
| Debtor(s) | **ORDER GRANTING DEBTORS' MOTION TO DEEM MORTGAGE CURRENT** |

This matter having come before the Court on the application of debtor(s), Anthony & Jamie Alphonse, by and through their counsel, Lee M. Perlman, Esquire, and due notice of this Motion having been given to all parties in interest, and the Court having reviewed the moving papers, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. A pre-petition arrearage claims of U.S. Bank National Association have been paid in full through the confirmed Chapter 13 Plan.

2. All regular, post-petition mortgage payments have been made by the debtor through and including the payment due for February 2019.

3. The mortgage obligation to U.S. Bank National Association is hereby deemed current as of January 10, 2019.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony R Alphonse  
Jamie M. Alphonse  
    Debtors

Case No. 13-37796-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 09, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
db/jdb         +Anthony R Alphonse,   Jamie M. Alphonse,   322 Collins Lane,   Maple Shade, NJ 08052-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
- Denise E. Carlon   on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Francesca Ann Arcure    on behalf of Creditor    U.S. Bank National Association    NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
- Harold N. Kaplan   on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com, informationathnk@aol.com
- Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Joshua I. Goldman   on behalf of Creditor    JPMorgan Chase Bank, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
- Lee Martin Perlman    on behalf of Debtor Anthony R Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
- Lee Martin Perlman    on behalf of Joint Debtor Jamie M. Alphonse ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
- R. A. Lebron    on behalf of Creditor    U.S. Bank Home Mortgage bankruptcy@feinsuch.com
- R. A. Lebron    on behalf of Creditor    U.S. BANK HOME MORTGAGE bankruptcy@feinsuch.com
- William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association ecf@powerskirn.com

                                                        TOTAL: 11